# United States Court of Appeals for the Federal Circuit

_____

March 1, 2013
**ERRATA**

_____

2012-5033

**CASITAS MUNICIPAL WATER DISTRICT,**
Plaintiffs-Appellants,

v.

**UNITED STATES,**
Defendant-Appellee.

Appealed from:  United States Court of Federal Claims

_____

Decided:  February 27, 2013
Nonprecedential Opinion

_____

Please make the following addition:

Page 2, add "J. David Breemer, Pacific Legal Foundation, of Sacramento, California, for amicus curiae Pacific Legal Foundation".